IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:23cr656 |
| | ) | |
| NAPOLEON ANIBAL CAMPOS, JR. | ) | |

### ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Came on to be considered the Motion of Sherilyn Ann Bunn and Jim Darnell for withdrawal and substitution of counsel. It appears to the Court that NAPOLEON ANIBAL CAMPOS, JR. wishes to retain Jim Darnell as attorney of record herein.

It is, therefore, ORDERED that Sherilyn Ann Bunn be allowed to withdraw as attorney for Defendant, and that Jim Darnell be substituted as his attorney of record.

SIGNED this 12th day of July, 2023.

DAVID C. GUADERRAMA, JUDGE
UNITED STATES DISTRICT COURT

10254.1ad