IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | CRIMINAL NO. EP-23-CR-00656-DCG |
| v. | § § § | |
| NAPOLEON ANIBAL CAMPOS, JR. | § § § | |
| Defendant. | § | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the Indictment, without prejudice, against Defendant **NAPOLEON ANIBAL CAMPOS, JR.** The United States was recently notified that Defendant **NAPOLEON ANIBAL CAMPOS, JR.,** is deceased.

DATED: September 5, 2023                    Respectfully submitted,

                                            JAIME ESPARZA
                                            UNITED STATES ATTORNEY

                                    By:     *J. Chris Skillern*
                                            J. CHRIS SKILLERN
                                            Assistant U.S. Attorney
                                            Texas Bar #24037506
                                            700 E. San Antonio, Suite 200
                                            El Paso, Texas 79901
                                            (915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System and, since it is a sealed document, a true and correct copy of the foregoing instrument was provided to:

JAMES O. DARNELL, SR.
Attorney for Defendant:

*J. Chris Skillern*
J. CHRIS SKILLERN
Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CRIMINAL NO. EP-23-CR-00656-DCG |
| | § | |
| v. | § | |
| | § | |
| NAPOLEON ANIBAL CAMPOS, JR. | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on April 5, 2023 regarding Defendant, **NAPOLEON ANIBAL CAMPOS, JR** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE